

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 28, 2014

**BY ECF**

Hon. Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *The New York Times Co. v. United States*, 13-422(Lead), 13-445(Con) (2d Cir.)

Dear Ms. Wolfe:

    This letter will confirm that pursuant to the Court's Order dated July 25, 2014, the declarations referenced in the government's Motion to Submit *Ex Parte* Classified and Privileged Supplemental Declarations in Support of Petition for Rehearing En Banc have been provided to the Court.

    We thank the Court for its consideration of this matter.

                                   Respectfully,

| | |
|---|---|
| STUART DELERY | PREET BHARARA |
| Assistant Attorney General | United States Attorney for the |
| | Southern District of New York |
| | |
| | By:   ___/s *Sarah S. Normand*_____ |
| SHARON SWINGLE | SARAH S. NORMAND |
| Appeals Counsel | Assistant United States Attorney |
| Telephone: (202) 353-2689 | Telephone: (212) 637-2709 |
| sharon.swingle@usdoj.gov | sarah.normand@usdoj.gov |

cc: Counsel for Plaintiffs-Appellants (via ECF)